UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ X
AYDA HUSAM AHMAD, individually;
HASSAN MOHAMMED, individually;
BASSAM GHAYYADA, individually;
AIMAN HOSSAN, individually;
JAMILA ABDEL HAY, individually;
M.H., a minor, by his father
And natural guardian AIMAN HOSSAN and his mother
And natural guardian JAMILA ABDEL HAY;
E.H., a minor, by his father
And natural guardian AIMAN HOSSAN and his mother
And natural guardian JAMILA ABDEL HAY;
Mayor ABDELKARIM BSHARAT,
Representative of Jabaa Mosque;
FATHER ARCHIMADRITE CLAUDIUS,
Representative of Monastery of the Cross;
NEMER FATHI, individually;
MONIR QADOUS, individually;
NAJEH SAFADI, individually;
BOROSOLI EID, individually;

Civil Action No:
13-CIV-3376 (JMF) (JLC)

**ECF CASE**

                        Plaintiffs,
-against-

CHRISTIAN FRIENDS OF ISRAELI COMMUNITIES;
THE HEBRON FUND, INC.;
CENTRAL FUND OF ISRAEL;
ONE ISRAEL FUND, LTD.; and
AMERICAN FRIENDS OF ATERET COHANIM, INC.,

                        Defendants.
_____ X

## **NOTICE OF APPEAL**

Notice is hereby given that on the 30th day of May, 2014, plaintiffs Ayda Husam Ahmad, Hassan Mohammed, Bassam Ghayyada, Aiman Hossan, Jamila Abdel Hay, M.H., a minor, by his father and natural guardian Aiman Hossan and his mother and natural guardian Jamila Abdel Hay, E.H., a minor, by his father and natural guardian Aiman Hossan and his mother and natural guardian Jamila Abdel Hay, Mayor Abdelkarim Bsharat, Representative of Jabaa Mosque, Father

Archimadrite Claudius, Representative of Monastery of the Cross, Nemer Fathi, Monir Qadous, Najeh Safadi, and Borosoli Eid ("plaintiffs") hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order of this Court dated May 5, 2014, with judgment having been entered on May 6, 2014, dismissing plaintiffs' complaint against all defendants.

Dated: New York, New York
      May 30, 2014

                                      Respectfully Submitted,

                                      **MELITO & ADOLFSEN P.C.**

                    By:    /s/ Louis G. Adolfsen
                            Louis G. Adolfsen (LA 5431)
                            *Attorneys for Plaintiffs*
                            233 Broadway
                            New York, New York 10279
                            Telephone: (212) 238-8900
                            Facsimile:  (212) 238-8999
                            E-mail: lga@melitoadolfsen.com

                            S. Dwight Stephens (SS 2161)
                            Rania Shoukier (RS 7317)
                            Michael F. Panayotou (MP 7744)
                            E-mail: sds@melitoadolfsen.com
                            E-mail: rs@melitoadolfsen.com
                            E-mail: mfp@melitoadolfsen.com

*M&A 105501*