N.Y.S.D. Case # 13-cv-3376(JMF)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

Ayda Husam Ahmad, *et al.*,

    Plaintiffs-Appellants,

v.

Christian Friends of Israeli Communities, The Hebron Fund, Inc., Central Fund of Israel, One Israel Fund, Ltd., American Friends of Ateret Cohanim, Inc,

    Defendants-Appellees.

_____

STATEMENT OF COSTS

Docket No. 14-1843

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 11, 2015

    IT IS HEREBY ORDERED that costs are taxed in the amount of $39.30 in favor of the Appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[Signature and seal of Catherine O'Hagan Wolfe, Second Circuit]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[Signature and seal]*

CERTIFIED COPY ISSUED ON 06/11/2015